IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00957-MSK

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

        Plaintiffs,

v.

TRINA KOEHN,
MIKE RIEDE,
PRO TECH MONITORING INC.,
ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
FIRST JUDICIAL DISTRICT PROBATION DEPARTMENT,
ZACHARY PHILIPS,
DAVID THOMAS,
FIRST JUDICIAL DISTRICT ATTORNEY'S OFFICE,
COLORADO SUPREME COURT,
JOE MORALES,
COLORADO DEPARTMENT OF PUBLIC SAFETY,
RAYMOND SLAUGHTER,
CAROL C. POOLE,
COLORADO DIVISION OF CRIMINAL JUSTICE,
GERALD A. MARRONEY,
COLORADO STATE COURT ADMINISTRATOR,
VERNON FOGG,
DIVISION OF PROBATION SERVICES,
ROBERT EVANS,
DISTRICT ADMINISTRATOR FOR THE JEFFERSON COUNTY COURT AND
ADMINISTRATIVE FACILITY,
*With All Governmental Personnel Named in Both Their Official and Individual Capacities,*

        Defendants.

Dockets.Justia.com

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the Motion for Protective Order **(#2)** filed May 22, 2006 by Plaintiffs, James Fredericks, Brooke Fredericks, Elisabeth Fredericks and Sarah Fredericks. A review of the Motion indicates that Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 23rd day of May 2006.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge