IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00957-MSK

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

       Plaintiffs,

v.

TRINA KOEHN,
MIKE RIEDE,
PRO TECH MONITORING INC.,
ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
FIRST JUDICIAL DISTRICT PROBATION DEPARTMENT,
ZACHARY PHILIPS,
DAVID THOMAS,
FIRST JUDICIAL DISTRICT ATTORNEY'S OFFICE,
JOE MORALES,
COLORADO DEPARTMENT OF PUBLIC SAFETY,
RAYMOND SLAUGHTER,
CAROL C. POOLE,
COLORADO DIVISION OF CRIMINAL JUSTICE,
GERALD A. MARRONEY,
COLORADO STATE COURT ADMINISTRATOR,
VERNON FOGG,
DIVISION OF PROBATION SERVICES,
ROBERT EVANS,
DISTRICT ADMINISTRATOR FOR THE JEFFERSON COUNTY COURT AND
ADMINISTRATIVE FACILITY,
*With All Governmental Personnel Named in Both Their Official and Individual Capacities,*

       Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 24th day of May, 2006

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge