IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00957-MSK

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

        Plaintiffs,

v.

TRINA KOEHN,
MIKE RIEDE,
PRO TECH MONITORING INC.,
ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
FIRST JUDICIAL DISTRICT PROBATION DEPARTMENT,
ZACHARY PHILIPS,
DAVID THOMAS,
FIRST JUDICIAL DISTRICT ATTORNEY'S OFFICE,
JOE MORALES,
COLORADO DEPARTMENT OF PUBLIC SAFETY,
RAYMOND SLAUGHTER,
CAROL C. POOLE,
COLORADO DIVISION OF CRIMINAL JUSTICE,
GERALD A. MARRONEY,
COLORADO STATE COURT ADMINISTRATOR,
VERNON FOGG,
DIVISION OF PROBATION SERVICES,
ROBERT EVANS,
DISTRICT ADMINISTRATOR FOR THE JEFFERSON COUNTY COURT AND
ADMINISTRATIVE FACILITY,
*With All Governmental Personnel Named in Both Their Official and Individual Capacities,*

        Defendants.

**ORDER SETTING FED. R. CIV. P. 16 HEARING**

THIS MATTER comes before the Court on the Plaintiffs' Complaint filed on May 22, 2006. Having considered the asserted claims and in anticipation of the filing of one or more responsive pleadings, the Court finds that a hearing pursuant to Fed. R. Civ. P. 16 is necessary.

**IT IS ORDERED** that:

(1) A hearing is set for **August 16, 2006** at **8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel who will try the case shall attend the hearing. The parties are encouraged, but not required, to attend.

(2) This hearing will not concern pre-trial scheduling. As a consequence, the parties are **not** required to prepare or submit a proposed scheduling order in advance of the hearing. However, at least 21 days before the hearing, the parties shall meet and confer with respect to the following issues:

   (a) Whether any of the named parties are minor children whose names should be redacted in accordance with the Privacy Policy set forth in the Electronic Case Filing Procedures for civil cases.

   (b) Whether this Court has subject matter jurisdiction.

   (c) The requisite elements, burden of proof, and standard of proof for each cause of action and defense.

   (d) Assuming liability of some party, what remedy can be obtained, including the measure of damages.

   (e) The realistic objectives of this litigation, the costs (monetary, timewise and emotionally) associated with litigation in this matter, and the possibility of settlement.

(3) At the hearing, the parties shall be prepared to address each of the issues outlined in paragraph (2) above and any other issues enumerated in Fed. R. Civ. P. 16(c).

(4) The Plaintiffs shall serve a copy of this Order on the Defendants with the Complaint. If the Complaint has already been served, then the Plaintiffs shall serve a copy of this Order on the Defendants and file a certificate of service with the Court.

Dated this 25th day of May, 2006

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge