IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00957-MSK-PAC

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

        Plaintiffs,

v.

TRINA KOEHN,
MIKE RIEDE,
ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
RAGNAR STORAASLI, Ph D.,
MARY MARGARET JONSSON, Ph.D.., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C.,
*With All Governmental Personnel Named in Both Their Individual Capacities,*

        Defendants.
_____

### ORDER GRATING MOTION TO WITHDRAW AS ATTORNEY OF RECORD
_____

THIS MATTER is before the Court on the Motion To Withdraw as Attorney of Record **(#56).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion To Withdraw as Attorney of Record **(#56) is GRANTED**.

Thomas Read Mattson is allowed to withdraw as counsel of record for Defendant Rocky Mountain Offender Management Systems, LLC.

Dated this 7th day of November, 2006

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge