IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00957-MSK-PAC

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    Plaintiff(s),

v.

TRINA KOEHN,
MIKE RIEDE,
ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
MARY MARGARET JONSSON, Ph.D,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel named in both their official and individual capacities,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that plaintiffs' Consented Motion for Amendment of First Amended Complaint and For Order Allowing the Filing of a Second Amended Complaint, filed November 8, 2006, is **GRANTED in substantial part, and DENIED in part**, as follows:

    The tendered Second Amended Complaint, docketed as Doc. #62, shall be filed with the court this date.

    All defendants shall Answer or otherwise respond to the Second Amended Complaint **on or before December 6, 2006.**

Dated:  November 13, 2006