IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00957-MSK-PAC

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

       Plaintiffs,

v.

TRINA KOEHN,
MIKE RIEDE,
ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
RAGNAR STORAASLI, Ph D.,
MARY MARGARET JONSSON, Ph.D.., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C.,
*With All Governmental Personnel Named in Both Their Individual Capacities,*

       Defendants.

## ORDER

THIS MATTER is before the Court on Defendant Ragnar Storaasli, PH.D.'s Motion to Withdraw **(#75)** Motion to Dismiss for Failure to State a Claim (#43)**.** The Court being fully advised in the foregoing,

**ORDERS** that Defendant Ragnar Storaasli, PH.D.'s Motion to Withdraw **(#75) is DENIED**. Defendant Ragnar Storaasli, PH.D.'s Motion to Dismiss for Failure to State a Claim (#43) **is DENIED as moot.**

Dated this 28th day of November, 2006

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge