**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

| | |
|---|---|
| **Civil Action No: 06-cv-00957-MSK-PAC** | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date: February 28, 2007** | Courtroom Deputy, Ellen E. Miller |

_____

JAMES FREDERICKS,                           William S. Finger
BROOKE FREDERICKS,                          Michael P. Serruto
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    **Plaintiff(s),**

v.

TRINA KOEHN,                                Patrick L. Sayas
MICHAEL RIEDE,
ROCKY MOUNTAIN OFFENDER                     Patrick F. Carrigan
  MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,                          Adam J. Goldstein
DEBRA WELLINGTON,
RAGNAR STORAASLI, Ph. D.,                   Kevin P. Perez
MARY MARGARET JONSSON, Ph. D., and          Patrick J. Maggio
PARKER & FROYD                              Richard L. Murray, Jr.
  MENTAL HEALTH SERVICES, P.C.,
with all governmental personnel named in their individual capacities,

    **Defendant(s).**
_____
**COURTROOM MINUTES / MINUTE ORDER**
_____

**HEARING:   MOTIONS HEARING**
**Court in Session:**     10:35 a.m.
Court calls case.   Appearance of counsel.

Argument by Mr. Finger regarding Plaintiffs' motion for protective order.
Argument by Mr. Murray, Mr. Goldstein, Mr. Perez, Mr. Carrigan, Mr. Sayas, and Mr. Maggio.

Questions and comments by the Court.

*06-cv-00957-MSK-PAC*
*Motions Hearing*
*February 28, 2007*

**It is ORDERED:**     Plaintiffs' MOTION FOR ENTRY OF PROTECTIVE ORDER (Docket No. **106,** Filed January 25, 2007)   is   **GRANTED** with the modifications and  for the reasons set forth on the record.

A Protective Order is deemed to be in place, as amended by the Court. Plaintiffs  shall  re-submit the Protective Order consistent with the Court's direction regarding  striking of the  last sentence in paragraph 4.
The Court anticipates signing the re-submitted Protective Order.

With no objections,

**It is ORDERED:**     Defendant Mary Margaret Jonsson, Ph.D.'s    MOTION FOR PROTECTIVE ORDER   (Docket No. **115,** Filed February 07, 2007)   is **GRANTED**

The Protective Order submitted by Dr. Jonsson  is accepted for filing and entered as  an order of the Court.

Discussion is held regarding the Settlement Conference set April 10, 2007.

**It is ORDERED:**     The SETTLEMENT CONFERENCE   set   **APRIL 10, 2007 at 1:30 p.m.** is  **vacated.**

If any of  the parties determine at a future date that a settlement conference with the court would be beneficial, the parties  shall contact chambers   (303) 844-4892   to request a setting.

HEARING CONCLUDES.

**Court in recess:**     11:27 a.m.
Total In-Court Time:     00:52