## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge O. Edward Schlatter

**Civil Action No.: 06-cv-00957-MSK-PAC**         **FTR** - Reporter Deck - Courtroom A-501
**Date:**   May  03,  2007                                          Courtroom Deputy,  Ellen E. Miller
_____

JAMES  FREDERICKS,                                       William S.  Finger
BROOKE  FREDERICKS,                                   Michael P.  Serruto
ELISABETH  FREDERICKS,  and
SARAH  FREDERICKS,


      **Plaintiff(s),**
v.

TRINA  KOEHN,                                              Patrick L.  Sayas
MICHAEL  RIEDE,
ROCKY MOUNTAIN OFFENDER                       Patrick F.  Carrigan
  MANAGEMENT SYSTEMS, INC.,
SAMUEL  WELLINGTON,                                 Adam J.  Goldstein
DEBRA  WELLINGTON,
RAGNAR  STORAASLI, Ph. D.,                          Kevin P.  Perez
MARY MARGARET JONSSON, Ph. D., and      Patrick J.  Maggio
PARKER & FROYD                                            Richard L.  Murray, Jr.
  MENTAL HEALTH SERVICES, P.C.,
with all governmental personnel named in their individual capacities,

      **Defendant(s).**
_____
### COURTROOM   MINUTES  /  MINUTE  ORDER
_____
**HEARING:  MOTIONS  HEARING**
**Court in Session:**     11:00   a.m.
Court calls case.   Appearance of counsel.

Plaintiffs' Motion to Compel is raised for argument.

Statements by  Mr. Finger.
Statements by  Mr. Murray.
Statements by Mr. Sayas.

*06-cv-00957-MSK-PAC*
*Motions Hearing*
*May 03, 2007*

Statements by Mr. Perez.
Statements by Mr. Maggio.
Statements by Mr. Goldstein.

**It is ORDERED:**   Plaintiffs' MOTION TO COMPEL DISCOVERY ANSWERS RELATING TO PLAINTIFFS' FIRST SET OF WRITTEN DISCOVERY ( (Docket No. **131,** Filed March 30, 2007) is   **GRANTED**   for the reasons set forth on the record.

The parties shall prepare and submit one order consistent with the Court's rulings from the bench.

It is believed all records turned over to Plaintiffs counsel can be covered under the current protective orders.

**It is ORDERED:**   Plaintiffs' MOTION TO AMEND SCHEDULING ORDER AND EXTEND DEADLINES (Docket NO. **147,** Filed April 25, 2007) is **GRANTED**   for the reasons set forth on the record.

DISCOVERY CUT-OFF  is  extended
to   **DECEMBER  20,  2007**

DISPOSITIVE  MOTION DEADLINE is extended
to   **JANUARY  20,  2008**

Deadline for Plaintiffs' designation of expert witnesses is
**SEPTEMBER  01,  2007**

Deadline for Defendants' designation of expert witnesses is
**OCTOBER  01,  2007**

A FINAL PRETRIAL CONFERENCE is set
**APRIL  22,  2008 at  9:30  a.m.**
Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street,   Denver, Colorado   80294

HEARING CONCLUDES.

**Court in recess:**
Total In-Court Time:   00: