IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00957-MSK-PAC

JAMES FREDERICKS, et al.

    Plaintiffs,

v.

TRINA KOEHN, et al.,

    Defendants.

---

## ORDER GRANTING MOTION TO COMPEL
(Docket no. 161)

THIS MATTER came before the Court on May 3, 2007, relating to Plaintiffs' *Motion to Compel Discovery* relating to Plaintiffs' first set of written discovery. The Court, having reviewed Plaintiffs' pleadings, Defendants' responses and the briefing on Plaintiffs' Motion to Compel and having heard oral argument, hereby finds:

The health records held by the Defendants of Troy Wellington which are sought by Plaintiffs, must be produced. The need for discovery outweighs any right of confidentiality of Troy Wellington and Mr. Wellington's privacy interests can be protected under the Confidentiality Order entered in the case. The Court further finds that Mr. Wellington has been notified of the discovery requests for his health records and therefore compliance with the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320-d and 45 C.F.R. 164, *et seq.*, has occurred. The Court notes that Mr. Wellington has not objected to the discovery requests.

The Court further finds that Mr. Wellington executed releases, consenting to providing to Probation his health records and information, waiving his expectation that the records and

information would be kept strictly privileged and confidential. Mr. Wellington was also ordered by Probation to be tested and evaluated by Parker Froyd Mental Health Services, P.C., and their records of such were sent to Probation.

The Court additionally finds that Mr. Wellington has executed releases for Defendants treaters to turn over certain mental health and treatment records to the Plaintiffs. Although certain records were authored outside the period of time specified in the release, the records sought are based on information obtained by the providers during the period of time covered by the release. The Court therefore finds that all records sought by the Plaintiffs are relevant and have been voluntarily released and should be produced.

Based on all of the above, Plaintiffs' *Motion to Compel* is GRANTED and it is hereby ORDERED that Defendants Koehn and Riede, Storaasli, Jonsson and Parker Froyd shall produce all documents responsive to Plaintiffs' discovery request within ten (10) days of this Order. Additionally, the Court ORDERS that if deposed, each of these Defendants shall testify fully about his, her or its communications, interviews, testing, counseling, care, treatment and diagnosis of Troy Wellington and his health and medical conditions.

DATED this 9th day of July, 2007.

BY THE COURT:

_____
U.S. District Court Magistrate
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

for Magistrate Judge Schlatter

CONSENTED AS TO FORM:

---

William S. Finger, #7224
Frank & Finger, P.C.
Email: fandfpc@aol.com

Robert A. Weinberger, #10016
Michael P. Serruto, #9954
Email: rweinberger@ws-legal.com
mserruto@ws-legal.com

---

Patrick J. Maggio
Miles M. Dewhirst
DEWHIRST & DOLVEN, LLC
mdewhirst@dewhirstdolven.com
jzapf@dewhirstdolven.com
pjm@dewhirstdolven.com
dvuncannon@dewhirstdolven.com

Richard L. Murray, Jr.
MONTGOMERY LITTLE SORAN
MURRAY & KUHN, P.C.
rmurray@mlmpc.com
sreinke@mlmpc.com

---

Patrick L. Sayas, Assistant Attorney General
Tort Litigation Section
OFFICE OF THE ATTORNEY GENERAL
pat.sayas@state.co.us

Michael J. Gates
Kevin Paul Perez
KENNEDY CHRISTOPHER CHILDS &
    FOGG, P.C.
mgates@kcfpc.com
kpp@kcfpc.com
jkenvill@kcfpc.com
lsmith@kcfpc.com

| | |
|---|---|
| John P. Craver<br>Adam Goldstein<br>WHITE AND STEELE, P.C.<br>jcraver@wsteele.com<br>agoldstein@wsteele.com<br>dbarela@wsteele.com | Patrick F. Carrigan<br>Laura A. Hutchings<br>FAEGRE & BENTON, LLP<br>pcarrigan@faegre.com<br>lhutchings@faegre.com |