IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

      Plaintiff(s),

v.

TRINA KOEHN,
MIKE RIEDE,
ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
MARY MARGARET JONSSON, Ph.D,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel named in both their official and individual capacities,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on Plaintiffs' and the First Judicial District Probation Department's   Stipulated Motion to Incorporate Protective Order to the Disclosure of Records Pursuant to Fredericks' Subpoena Duces Tecum to the First Judicial District Probation Department (Docket No. **166,** Filed August 07, 2007)   ("the motion").

      IT IS HEREBY **ORDERED** that the motion is **GRANTED.**   The March 6, 2007 Protective Order shall govern records disclosed   by the Probation Department  pursuant to Plaintiffs *Subpoena Duces Tecum*: Troy Wellington's Adult Substance Use Survey dated 2/12/04; Troy Wellington's Simple Screening Instrument; and Troy Wellington's Level of Service Inventory and scoring manual.

Dated:  August 9, 2007