IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    Plaintiff(s),

v.

TRINA KOEHN,
MIKE RIEDE,
ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
MARY MARGARET JONSSON, Ph.D,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel named in both their official and individual capacities,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter comes before the Court pursuant to Plaintiff's Uncontested Motion to Amend Scheduling Order and Extend Deadlines (Docket No. 174, Filed August 31, 2007).

    IT IS HEREBY **ORDERED** that Plaintiffs' unopposed motion is **GRANTED**.  The Court extends the applicable deadlines 45 days.  The following deadlines now apply:

- Plaintiffs' Expert Designations/Disclosures:  October 19, 2007
- Defendants' Expert Designations/Disclosures:  November 15, 2007
- Lay and Expert Discovery Deadline:  February 4, 2008
- Dispositive Motions Deadline:  March 6, 2008

Dated:  September 12, 2007