IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    Plaintiff(s),

v.

ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
MARY MARGARET JONSSON, Ph.D,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel named in both their official and individual capacities,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to Plaintiff's Unopposed Motion to Amend Scheduling Order and Extend Deadlines (Docket No. 183, Filed October 15, 2007).

    IT IS HEREBY **ORDERED** that Plaintiffs' unopposed motion is **GRANTED**. The Court extends the expert disclosure deadlines thirty (30) days. The following deadlines now apply:

- Plaintiffs' Expert Designations/Disclosures:   **November 19, 2007**
- Defendants' Expert Designations/Disclosures: **December 17, 2007**

Dated:  October 17, 2007