IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

  Plaintiff(s),

v.

ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
MARY MARGARET JONSSON, Ph.D,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel
named in both their official and individual capacities,

  Defendant(s).

_____

**MINUTE ORDER**

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

  This matter is before the Court pursuant to Plaintiff's Unopposed Motion to Conduct the Deposition of Troy Wellington, an Incarcerated Person [Docket No. 194, Filed October 31, 2007] ("the motion").

  IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  Pursuant to Fed. R. Civ. P. 30(a)(2), the deposition of Troy Wellington shall be held at the time and date agreed upon by the parties, but not to exceed seven hours total.

Dated:  November 5, 2007