IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    Plaintiff(s),

v.

ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
MARY MARGARET JONSSON, Ph.D,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel named in both their official and individual capacities,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to Defendant Mary Margaret Jonsson's Unopposed Motion for Extension of Time to File Expert Disclosures (Docket 207; Filed December 4, 2007; and Defendant Parker & Froyd Mental Health Services, P.C.'s Unopposed Motion for Joinder in Defendant Jonsson's Unopposed Motion for an Extension of Time to File Expert Disclosures [Docket No. 209; Filed December 5, 2007] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **GRANTED**. The Court extends the deadline for Defendant Jonsson and Defendant Parker & Froyd Mental Health Services, P.C. to submit their expert disclosures to **February 14, 2008**. In accordance with this extension, the Court *sua sponte* extends the discovery deadline as to all parties to **February 14, 2008**.

Dated: December 7, 2007