IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    Plaintiff(s),

v.

ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
MARY MARGARET JONSSON, Ph.D,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel named in both their official and individual capacities,

    Defendant(s).
_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to Ragnar Storaasli, Ph.D.'s Motion to Join in Unopposed Motion for Extension of Time to File Expert Disclosures [Docket No. 214; Filed December 7, 2007]; and Ragnar Storaasli, Ph.D.'s Amended and Now Unopposed Motion to Join in Unopposed Motion for Extension of Time to File Expert Disclosures [Docket No. 216; Filed December 11, 2007] (collectively, the "Motions"). The Motion for Extension which Defendant Storaasli seeks to join was granted by the Court on December 7, 2007 [Docket No. 212].

    IT IS HEREBY **ORDERED** that the Motions are **GRANTED**. The Court extends the deadline for Defendant Storaasli to submit his expert disclosures to **February 14, 2008**.

Dated: December 11, 2007