IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

      Plaintiffs,

v.

ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
SAMUEL WELLINGTON,
DEBRA WELLINGTON,
RAGNAR STORAASLI, Ph D.,
MARY MARGARET JONSSON, Ph.D.., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C.,
*With All Governmental Personnel Named in Their Individual Capacities,*

      Defendants.
_____

**ORDER OF DISMISSAL OF DEFENDANTS SAMUEL WELLINGTON AND DEBRA WELLINGTON WITH PREJUDICE**
_____

      THIS MATTER having come before the Court upon the Stipulation of Plaintiffs, James Fredericks, Brooke Fredericks, Elisabeth Fredericks and Sarah Fredericks (collectively, "Plaintiffs") and Defendants Samuel Wellington and Debra Wellington ("Mr. and Mrs. Wellington") (Stipulated Motion) **(#235)**, and the Court being otherwise duly advised:

      **IT IS HEREBY ORDERED** that the Stipulated Motion is **GRANTED** and all of Plaintiffs' claims and causes of action against Defendants Samuel Wellington and Debra Wellington are dismissed, with prejudice, with each side to bear his or her own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that this Order does not release, dismiss or otherwise alter the status of Plaintiffs' claims and causes of action against the remaining Defendants Rocky Mountain Offenders Management Systems, Inc., Ragnar Storaasli, Ph.D., Mary Margaret Jonsson, Ph.D., and Parker & Froyd Mental Health Service, P.C. Likewise, this Order does not release, dismiss or otherwise alter the status of Plaintiffs' claims against dismissed Defendant Trina Koehn and Michael Riede to the extent Plaintiffs are later permitted to pursue such claims.

DATED this 17th day of January, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge