IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    Plaintiff(s),

v.

ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
MARY MARGARET JONSSON, Ph.D,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel named in both their official and individual capacities,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Stipulated Motion for Enlargement of Time to File Response to Defendant Rocky Mountain Offender Management Systems, Inc.'s Motion to Designate Non-Parties at Fault [Docket No. 240; Filed February 1, 2008] ("Motion No. 240"), and Plaintiffs' Motion to Further Amend Scheduling Order and to Extend Deadlines Therein [Docket No. 241; Filed February 1, 2008] ("Motion No. 241"). Although not titled as such, Motion No. 241 is stipulated to by the parties.

    IT IS HEREBY **ORDERED** that Motion No. 240 is **DENIED**. On January 15, 2008, the Court directed the parties to brief the issue of whether certain nonparties owed a duty of care to Plaintiffs by February 15, 2008 [Docket No. 234]. The purpose of the briefing is to assist the Court in determining Defendant Rocky Mountain Offender Management Systems, Inc.'s Unopposed Motion to Designate Nonparties at Fault [Docket No. 224] ("Defendant's Motion). The Court recognizes that there is a motion for reconsideration [Docket No. 203] pending before the District Court which could impact Defendant's Motion. However, the Court would like to be in a position to resolve Defendant's Motion, if necessary, when the District Court rules on the motion for reconsideration.

    IT IS HEREBY **ORDERED** that Motion No. 241 is **GRANTED**. The Court amends

the deadlines set pursuant to the Scheduling Order [Docket No. 97], and as modified by Docket Nos. 177, 212, 218 & 221, as follows:

- Defendants' Expert Designations/Disclosures    March 21, 2008[1]
- Lay and Expert Discovery Deadline    May 14, 2008
- Dispositive Motions Deadline    June 13, 2008

Dated: February 5, 2008

---

[1] Although the parties propose that the expert designation deadline only be extended as to Defendants Rocky Mountain Offender Management Systems, Inc. and, to a limited extent, Parker Froyd Mental Health Services, P.C. (and Plaintiffs propose that each receive a different extension of time) the Court's interest in efficiency is served by extending the deadline as to all Defendants for the same period of time.