IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    Plaintiff(s),

v.

ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
MARY MARGARET JONSSON, Ph.D.,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel named in both their official and individual capacities,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Motion for Reconsideration or Modification of Minute Order of May 9, 2008 and Minute Order of May 29, 2008 [Docket No. 280; Filed June 2, 2008] ("Motion to Reconsider"). On May 9, 2008 [Docket No. 273], the Court granted Defendant Jonsson's "Unopposed" Motion for an Extension of Time for Discovery Deadline [Docket No. 267] ("Motion No. 67"). Two weeks after the Court granted the extension, Plaintiffs filed a response indicating that they were opposed to the relief requested and also contending that contrary to Defendant Jonsson's assertion, Defendant failed to confer with Plaintiffs prior to filing Motion No. 67. In my May 29, 2008 Order [Docket No. 278], I declined to revisit the May 9, 2008 Order "primarily because Plaintiffs did not timely seek reconsideration via motion." See D.C. Colo. L. Civ. R. 7.1(C) ("A motion

shall not be included in a response or reply to the original motion."). Plaintiffs have now filed a Motion to Reconsider the Court's extension of the discovery deadline.

IT IS HEREBY **ORDERED** that the Motion is **HELD IN ABEYANCE** until the Status Conference/Motion Hearing set for June 19, 2008 at 10:00 a.m. The parties shall add this Motion to the list of Discovery Concerns to be addressed in the joint status report filed by the parties no later than June 12, 2008. The Motion will be addressed at the Status Conference.

Dated: June 3, 2008