IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

      Plaintiff(s),

v.

ROCKY MOUNTAIN OFFENDERS MANAGEMENT SYSTEMS, INC.,
MARY MARGARET JONSSON, Ph.D.,
RAGNAR STORAASLI, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C., with all governmental personnel
named in both their official and individual capacities,

      Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' Motion for Protective Order Relating to

Depositions of Sarah and Elisabeth Fredericks [Docket No. 286; Filed June 11, 2008]

("Motion for Protective Order"). A Status Conference/Motion Hearing is set for June 19,

2008 at 10:00 a.m. to discuss Discovery Concerns set forth in my Order of May 29, 2008

[Docket No. 278]. The Motion for Protective Order involves one of the previously identified

Discovery Concerns. After the Court's review of the Motion, the Court finds that more time

is necessary for the hearing than the Court previously set.

IT IS HEREBY **ORDERED** that the Status Conference/Motion Hearing set for June

19, 2008 at 10:00 a.m. is **vacated** and **RESET** to **June 20, 2008 at 10:00 a.m.**

IT IS FURTHER **ORDERED** that the Motion for Protective Order is **HELD IN**

**ABEYANCE** until the Status Conference/Motion Hearing set for June 20, 2008 at 10:00 a.m. The Motion for Protective Order, Motion Nos. 268 & 280, and the remaining Discovery Concerns will be addressed at that time. The deadline for the parties' to file a joint status report, which sets forth the parties' positions on the outstanding discovery issues, is extended by one day to **June 13, 2008**.

Dated: June 11, 2008