IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 06-cv-00957-MSK-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: September 4, 2008 | Courtroom Deputy, Kathleen Finney |

_____

| | |
|---|---|
| JAMES FREDERICKS, | William S. Finger |
| BROOKE FREDERICKS, | |
| ELISABETH FREDERICKS, and | |
| SARAH FREDERICKS, | |

    **Plaintiff(s),**

v.

| | |
|---|---|
| RAGNAR STORAASLI, Ph. D., | Jennifer C. Madsen |
| MARY MARGARET JONSSON, Ph. D., | Patrick J. Maggio |
| PARKER & FROYD | |
|   MENTAL HEALTH SERVICES, P.C., and | Richard L. Murray, Jr. |

    **Defendant(s).**
_____

**COURTROOM MINUTES / MINUTE ORDER**
_____

**MOTIONS HEARING:**
**Court in Session:** 10:30 a.m.
Court calls case. Appearance of counsel.

The Court raises Defendant Jonsson's Motion for Sanctions [Docket No. 321]; Plaintiff's Motion for Modification of Minute Order of June 20, 2008 Regarding Deposition Dates of Plaintiffs Elisabeth Fredericks and Sarah Fredericks [Docket No. 323]; Plaintiff's Motion for Protective Order [Docket No. 324]; and Plaintiff's Motion for Order Relating to IME's of the Fredericks Family [Docket No. 332].

Defendant Mary Margaret Jonsson arguments by Patrick J. Maggio.
Defendant Parker & Froyd Mental Health Services arguments by Richard L. Murray, Jr.
Defendant Ragnar Storaasli arguments by Jennifer C. Madsen.
Plaintiffs arguments by William S. Finger.

**It is ORDERED:** The **SETTLEMENT CONFERENCE** set for **September 12, 2008 at 9:00 a.m.** will be **VACATED as to the Defendant Mary Margaret Jonsson ONLY**, but remains set for Defendants, Ragner Storaasli and Parker & Froyd Mental Health Services.

Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

No Updated Settlement Statements are required; however, the Court will review and consider any materials the parties wish to submit which they feel will help the Court evaluate and/or understand their settlement position. ANY materials for the Court's review shall be submitted to Magistrate Judge Mix **on or before September 10, 2008.** The parties need NOT follow the Court's *Instructions for Preparation of Confidential Settlement* Statements.

The Court states to the extent that any party attempts to avoid Discovery Orders in the future, sanctions will be imposed.

**It is ORDERED:** Defendant Mary Margaret Jonsson's MOTION FOR SANCTIONS [Docket No. 321] is **GRANTED.** The Court will not preclude the Plaintiffs from presenting evidence as to their mental distress in their request for psychological damages. However, the Court will award counsel for Defendant Mary Margaret Jonsson attorneys' fees and costs incurred in filing the Motion. Mr. Maggio is directed to file an affidavit to that extent **on or before September 11, 2008.**

**It is ORDERED:** Plaintiffs' MOTION FOR MODIFICATION OF MINUTE ORDER OF JUNE 20, 2008 REGARDING DEPOSITION DATES OF PLAINTIFFS ELISABETH FREDERICKS AND SARAH FREDERICKS [Docket No. 323] is **GRANTED IN PART AND DENIED IN PART**. It is granted to the extent that the deposition dates of September 4 and 5 are vacated, but it is denied in all other respects. October 17, 2008 is the current Discovery deadline. It remains the deadline for the depositions of Sarah and Elisabeth Fredericks. The previous Order with respect to those depositions stands [Docket No. 294]. If the Plaintiffs select Texas as the location for their depositions, Plaintiffs Elisabeth Fredericks and Sarah Fredericks shall be made available in Texas at Plaintiffs' sole expense. No further extensions of time will be permitted with respect to these depositions. To the extent that Plaintiffs fail or refuse to appear for their depositions, the Court will recommend that their claims be dismissed pursuant to Fed. R. Civ. P. 41(b).

**It is ORDERED:** Plaintiffs will notify all remaining defense counsel **on or before SEPTEMBER 11, 2008** by 5:00 p.m. of the locations for the depositions of Elisabeth and Sarah Fredericks.

**It is ORDERED:** Plaintiffs' MOTION FOR PROTECTIVE ORDER RELATING TO DEPOSITIONS OF SARAH FREDERICKS AND ELISABETH FREDERICKS [Docket No. 324] is **GRANTED IN PART AND DENIED IN PART**, as set forth above.

**It is ORDERED:** Plaintiffs' MOTION FOR ORDER RELATING TO IME'S OF THE FREDERICKS FAMILY [Docket No. 332] is **DENIED.** The IMEs will go forward in accordance with the previous Order [Docket No. 294]. Dr. Moe will decide the frequency of the IMEs. The dates for the IMEs will be decided between counsel, Dr. Moe, and the parties. If Defendant chooses to conduct the IMEs in Denver, Defendant will not bear the expense for Sarah Fredericks to return from Hawaii to Denver. Defendant will pay the reasonable travel expenses of Sarah Fredericks from her previous address in Texas to Denver. Any additional expense will be borne by Plaintiffs.

**It is ORDERED:** The discovery deadline is extended up to and including **DECEMBER 5, 2008** for purposes of completing the IMEs, Dr. Moe's expert report and Dr. Moe's deposition only.

HEARING CONCLUDES.

**Court in recess:** 11:38 a.m.
Total In-Court Time: 01:08

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.