IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

        Plaintiffs,

v.

MARY MARGARET JONSSON, Ph.D., and
PARKER & FROYD MENTAL HEALTH SERVICES, P.C.,
*With All Governmental Personnel Named in Their Individual Capacities,*

        Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court on the Motion for Clarification Relating to Final Pretrial Conference and Request for Rescheduling (Motion) **(#373)** filed by Plaintiffs as unopposed. Having reviewed the Motion, the Court

**FINDS** that:

1. The Final Pretrial Conference in this case was set by Pre-Trial Preparation and Trial Setting Order - Civil (*#98*) for November 7, 2008.

2. The Magistrate Judge to whom matters of pretrial preparation have been referred has modified the original scheduling order to extend discovery beyond that date.

3. The parties will be unprepared to address issues ordinarily considered at a Final Pretrial Conference on the date scheduled due to the fact that discovery will not yet be complete. They request the resetting of the Final Pretrial Conference after the discovery deadline Dec 5,

2008.

    4. Good cause exists to continue the Final Pretrial Conference.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference set for November 7, 2008 is **VACATED** and **RESET** to **January 9, 2009, at 1:30 p.m.**

    DATED this 31st day of October, 2008.

                          **BY THE COURT:**

                          Marcia S. Krieger
                          United States District Judge