IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    Plaintiffs,

v.

TRINA KOEHN,
MICHAEL RIEDE, and
MARY MARGARET JONSSON, Ph.D.,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT
PARKER & FROYD MENTAL HEALTH SERVICES, P.C.**

___

THIS MATTER comes before the Court on Defendant Parker Froyd's Motion for Order of Dismissal (Motion) **#(432)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims against Defendant Parker Froyd Mental Health Services, P.C. are hereby dismissed with prejudice. Each party shall pay their own costs and attorney's fees. All future captions shall so reflect.

DATED this 20th day of February, 2009.

           **BY THE COURT:**

           *Marcia S. Krieger*
           ___

           Marcia S. Krieger
           United States District Judge