IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

    Plaintiff(s),

v.

TRINA KOEHN, and
MICHAEL RIEDE,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on State Defendants' **Motion to Withdraw State Defendants' Unopposed Motion for Enlargement of Time to Complete Execution of the Release and Settlement agreement Between Plaintiffs and State Defendants and to File the Stipulated Motion to Dismiss** [Docket No. 463; Filed April 8, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that State Defendants' Motion [#461] is deemed to be WITHDRAWN.

Dated:  April 8, 2009