IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00957-MSK-KLM

JAMES FREDERICKS,
BROOKE FREDERICKS,
ELISABETH FREDERICKS, and
SARAH FREDERICKS,

        Plaintiffs,

v.

MARY MARGARET JONSSON, Ph.D.,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#466)** filed April 13, 2009.  The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and the claims against Defendants Trinia Koehn and Michael Riede are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  All future captions shall omit these parties.

DATED this 14th day of April, 2009.

                            **BY THE COURT:**

                            *[signature]*

                            Marcia S. Krieger
                            United States District Judge